# CHARGES AND PENALTIES

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2024

SEAN F. McAVOY, CLERK

**CASE NAME:** AARON DANIEL AUNG    **CASE NO.** 2:24-CR-106-TOR-1

TOTAL # OF COUNTS: 2    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy to Commit International Parental Kidnapping | CAG not to exceed 5 years, up to a $250,000 fine, up to 3 years supervised release, a $100 special penalty assessment |
| 2 | 18 U.S.C. §§ 1204, 2 | International Parental Kidnapping | CAG not to exceed 3 years, up to a $250,000 fine, up to 1 year supervised release, a $100 special penalty assessment |