FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No.: 2:24-CR-106-TOR-1 |
|---|---|
| Plaintiff, | Order To Seal Indictment |
| v. | |
| AARON DANIEL AUNG, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Indictment is sealed until further order of the Court or until the Defendant's arrest, whichever comes first.

DATED this _____ day of August, 2024.



_____
James A. Goeke
United States Magistrate Judge

ORDER TO SEAL INDICTMENT - 2